UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MAESTAS,<br><br>    Plaintiff,<br><br>    v.<br><br>SAC. COUNTY JAIL, *et al.*,<br><br>    Defendants. | Case No.  2:21-cv-00665-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT A COMPLETE IN FORMA PAUPERIS APPLICATION AND INMATE TRUST ACCOUNT STATEMENT |

   Plaintiff, a county inmate proceeding without counsel, has filed a civil rights action under 42 U.S.C. § 1983 and a request for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. The certificate portion of the request, which must be completed by plaintiff's institution of incarceration, has not been completed, and plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a completed *in forma pauperis* application and a certified copy in support of his application.

   In accordance with the above, it is hereby ORDERED that:

   1. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is denied without prejudice.

   2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

1

3. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court.

4. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated: ___April 19, 2021___              _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE