UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MAESTAS,<br><br>        Plaintiff,<br><br>    v.<br><br>SAC COUNTY JAIL, *et al.*,<br><br>        Defendants. | Case No. 2:21-cv-00665 JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT A COMPLETE IN FORMA PAUPERIS APPLICATION AND INMATE TRUST ACCOUNT STATEMENT |

Plaintiff, a county inmate proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On May 12, 2021, I denied without prejudice plaintiff's request to proceed *inform pauperis* because the certificate portion of the request, which must be completed by plaintiff's institution of incarceration, was not completed. Plaintiff was granted thirty days to file a completed affidavit in support of his request to proceed *in forma pauperis*. He was also notified that his application must be submitted with a copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2).

Plaintiff has submitted a new application to proceed *in forma pauperis*. ECF No. 8. However, plaintiff has again failed to have his institution complete the certificate portion of the request. He also not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff

1

will be provided one more opportunity to submit a completed *in forma pauperis* application and a certified copy in support of his application.

In accordance with the above, it is hereby ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 8, is denied without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court.

4. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 31, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE