1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RANDY V. MAESTAS,                              No.  2:21-cv-00665-TLN-JDP

12                  Plaintiff,

13           v.                                      **ORDER**

14    SACRAMENTO COUNTY JAIL,

15                  Defendants.

16

17           Plaintiff, proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C.

18    § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

19    636(b)(1)(B) and Local Rule 302.

20           On August 9, 2022, the magistrate judge filed findings and recommendations herein

21    which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  (ECF No. 25.)  Plaintiff has

23    not filed objections to the findings and recommendations.

24           The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26    *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

27    magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

28    //

1

1    Having reviewed the file, the Court finds the findings and recommendations to be

2    supported by the record and by the proper analysis.

3    Accordingly, IT IS HEREBY ORDERED that:

4    1.  The Findings and Recommendations filed August 9, 2022 (ECF No. 25), are

5    ADOPTED in full;

6    2.  Plaintiff's Second Amended Complaint (ECF No. 24) is DISMISSED without leave to

7    amend; and

8    3.  The Clerk of Court is directed to close this case.

9    **DATED:  September 21, 2022**

10

11

12                                    Troy L. Nunley
                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2